**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| LYTX, INC., | ) | |
|               Plaintiff, | ) ) ) | Case No. _____ |
| v. | ) ) | Hon. _____ |
| STEVEN SANDERSON, | ) ) | |
|               Defendant. | ) | |

# EXHIBIT A

# to

# COMPLAINT FOR
# INJUNCTIVE AND OTHER RELIEF

What is LinkedIn? Join Today Sign in

# Steve Sanderson

500+ connections

Enterprise Sales Director at Lytx Inc.

Greater Chicago Area | Wireless

| | |
|---|---|
| Current | SmartDrive Systems |
| Previous | Rand McNally, Advanced Tracking Solutions, Teletrac Inc |
| Education | Paris Junior College |
| Recommendations | **1** person has recommended **Steve** |
| Websites | Company Website<br>Personal Website |

Join LinkedIn & access Steve's full profile. It's free!

As a LinkedIn member, you'll join 300 million other professionals who are sharing connections, ideas, and opportunities.

- See who you know in common
- Get introduced
- Contact Steve directly

View Steve's Full Profile

## Experience

**Regional Sales Manager**
SmartDrive Systems
January 2015 – Present (2 months)

**Regional Sales Manager**
Rand McNally
March 2010 – January 2014 (3 years 11 months) | Greater Chicago Area

I serve trucking companies in the Central United States who have 50 trucks or more. My company provides mobile communications,on-board computing solutions and best in class navigation which aids our customers in driving costs down through increased productivity and efficiency.

**Director of Sales**
Advanced Tracking Solutions
September 2008 – March 2010 (1 year 7 months)

Advanced Tracking Solutions represents the 'best of breed' in GPS Mobile Resource Management Solutions.ATS represents a suite of MRM solutions from the leading providers of GPS based tracking/reporting solutions I am responsible for the growth and development of the direct sales effort in the Midwestern United States.

**Senior Strategic Sales Engineer**
DISCRETE WIRELESS/Advanced Tracking Solutions
January 2007 – March 2010 (3 years 3 months)

.

**Regional Sales Manager**
Teletrac Inc
2003 – 2008 (5 years)

Grew territory from 4 to 14 direct sales representatives. Opened up markets in 4 states. Developed business in untapped markets that continues to sustain recurring revenue for Teletrac.

**Sr Recruiter**
Creative Sourcing
2001 – 2003 (2 years)

**SOCIAL WORKER / CHILD CARE ADVOCATE**
Numerous
January 1990 – January 2001 (11 years 1 month)

## Skills

Salesforce.com | Direct Sales | Sales Operations | New Business Development | Account Management | Sales Management | SaaS | Solution Selling | Team Building | Strategic Partnerships | Sales | Telecommunications | Operations Management | Sales Process | Wireless | See 24+

## Education

**Paris Junior College**
1988

Activities and Societies: Basketball

**Criminal Justice Studies Loyola University - Chicago**

## Honors & Awards

3 time Chairman's Club Winner at Teletrac Inc 2004,2005,2006

**Find a different Steve Sanderson**

First Name | Last Name

**Example:** Steve Sanderson

**Stephen Lee Sanderson**
Stephen Sanderson Internet Advertising & Publishing
Grand Junction, Colorado Area

**Steve Sanderson**
Partner at CASE
Greater New York City Area

**Steven Sanderson**
Senior Manager of Storage Channel Go-To-Market for Hewlett-Packard Company in Americas
San Francisco Bay Area

**Steve Sanderson**
Global Studio Systems Manager at McCann Worldgroup
London, United Kingdom

**Stephen Sanderson**
CEO at UK Oil & Gas Investments PLC
United Kingdom

More professionals named Steve Sanderson

Find career opportunities

Add a position to get relevant job recommendations.

Update your profile



Case: 1:15-cv-01445 Document #: 1-1 Filed: 02/17/15 Page 3 of 3 PageID #:29

Groups

 " HORIZON 2020 " Framework Programme for Research & Innovation [Official Group]

 Athlete Network (The Network for Competitors)

 No Bull Trucking News

TU-Automotive

 Overtime with Christian Laettner Basketball

 Tracking

 GPS Business News

See 16 more

## View Steve's full profile to...

- See who you know in common
- Get introduced
- Contact **Steve** directly

**View Steve's Full Profile**

Not the Steve Sanderson you're looking for? View more

---

LinkedIn member directory: a b c d e f g h i j k l m n o p q r s t u v w x y z more | Browse members by country

---

© 2015 | User Agreement | Privacy Policy | Community Guidelines | Cookie Policy | Copyright Policy | Unsubscribe